```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       MAR 1 3 2007

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

07-CV-00211-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENK VISSER,

          Plaintiff,

    v.

BOEING, et al.,

          Defendants.

CASE NO. C07-211-MJB

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE

    Plaintiff, appearing *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in this action. Dkt. #1. The Honorable Marsha J. Pechman re-referred this matter to the undersigned Magistrate Judge for reconsideration of whether Plaintiff should be allowed to proceed in forma pauperis in light of a Ninth Circuit bar order against him and the questionable viability of his complaint.[1] Dkt. #7.

    Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and shall dismiss an action if it is frivolous or the complaint fails to state a claim upon

---

[1] This Court previously issued an order on February 15, 2007, granting Plaintiff leave to proceed *in forma pauperis* based solely on his demonstration of indigency. Dkt. #3.

ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 1

which relief can be granted.[2] *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614 (9th Cir. 1990). An action is frivolous if "it lacks an arguable basis in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In *Visser v. Supreme Court of State of Cal.*, 919 F.2d 113 (9th Cir. 1990), the court stated, "This court has the inherent power to restrict a litigant's ability to commence abusive litigation in forma pauperis." *Id.* at 114 (*citing In re McDonald*, 489 U.S. 180, 109 S.Ct. 993, 103 L.Ed.2d 158 (1989). The Ninth Circuit noted numerous mandamus petitions with requests to proceed IFP that petitioner Henk Visser had filed in that court, and his five pending mandamus petitions which contained vague, rambling diatribes that had been put forward without success in all his prior filings. The court therefore concluded that he had engaged in a pattern of litigation which is manifestly abusive and denied his IFP request. *Visser*, 919 F.2d at 114.

Since the Court's February 15, 2007 order in the present case, Plaintiff has filed three additional pleadings, including a complaint against others such as the Secretaries of State of several U.N. Nations (Dkt. #6), and an amended complaint against emperors, kings, and princes (Dkt. #8). The third filing, a notice of appeal, is brought against "those Bankruptcy Judges in the region of New Rork [sic] and Maryland." Dkt. #9. Allegations in Plaintiff's complaints appear to ramble and cite to Dutch law, U.S. federal law, and violations of the "Law of Nations." Dkt. ## 1, 6, 8. However, the complaints do not state any discernable claim under United States jurisprudence. Each pleading separately appears frivolous and collectively, only more so. Thus, the Complaint should be DISMISSED as frivolous. *Nieizke*, 490 U.S. at 325.

---

[2] Although not controlling here, a review of court records under his name in other jurisdictions show that Henk Visser has filed 29 bankruptcy cases and 24 appellate cases.

ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 2

1   The Court advises Plaintiff of his responsibility to research the facts and law before
2   filing an action to determine whether the action is frivolous. If Plaintiff files a frivolous action,
3   he may be sanctioned. *See* Fed. R. Civ. P. 11(b). If Plaintiff files numerous frivolous or
4   malicious actions, the court may bar him from proceeding IFP in this court. *See Delong v.*
5   *Hennessey*, 912 F.2d 1144, 1146-48 (9th Cir. 1990) (discussing bar order requirements).

6   Accordingly, Plaintiff's complaint fails to state a claim upon which relief may be
7   granted. Plaintiff's IFP application is DENIED and this matter is DISMISSED without
8   prejudice. *See* 28 U.S.C. § 1915(e)(2)(B).

9   DATED this _9_ day of _March_, 2007.

_____
MARSHA J. PECHMAN
United States District Judge

Recommended for Entry
this 7th day of March, 2007:


___/s/Monica J. Benton_____
MONICA J. BENTON
United States Magistrate Judge

ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 3